No. 652. VEAL *v.* UNITED STATES. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Robert Burrow* for petitioner. No appearance for the United States.

No. 690. EDDY *v.* HUNT, WARDEN. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Charles Eddy, pro se.* No appearance for respondent.

No. 585. S. S. KRESGE Co. *v.* AMSLER ET AL. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. Wayne Ely, John S. Leahy,* and *Lambert E. Walther* for petitioner. *Mr. James R. Claiborne* for respondents.

Nos. 592 and 593. MANHATTAN RAILWAY CO. ET AL. *v.* MERLE-SMITH ET AL. February 27, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration and decision of this application. *Messrs. William V. Hodges, Charles Franklin, Frank C. Laughlin, John B. Doyle,* and *Rayford W. Alley* for petitioners. *Messrs. Boykin C. Wright* and *Clifton Murphy* for respondents.